UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                              Plaintiff,

           -against-

SHOENDALE JARRETT,
                            Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/6/2020

19 Cr. 670 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

       It is hereby **ORDERED** that the parties and their counsel shall appear for a shall appear for a telephone conference with the Court on **March 12, 2020, at 3:10 p.m.**, to discuss the status of trial. The parties shall jointly call Chambers at (212) 805-0288 with all parties participating from a landline.

Dated: March 6, 2020
       New York, New York

                                                          LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE