

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 15, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: March 19, 2020

**BY ECF**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Shoendale Jarrett*, 19 Cr. 670 (LGS)

Dear Judge Schofield:

    The Government respectfully writes to request an adjournment of the pre-trial deadlines in the above-referenced case set forth in the Court's scheduling order dated October 17, 2019. On March 13, 2020, the Chief Judge issued a standing order which continued all criminal trials in the Southern District of New York scheduled to begin before April 27, 2020 pending further order of the Court. The trial in the above-referenced case is scheduled to begin April 14, 2020, and accordingly has been continued. As such, the Government respectfully requests that the pre-trial deadlines for the above-referenced case be adjourned until a new trial date is set. The defendant consents to this request.

Application Granted. The parties shall appear for a telephonic conference on April 30, 2020 at 2:00 p.m. to discuss a new trial date. The parties shall call (888) 363-4749 using access code 5583333 at the appointed time. The April 27, 2020 trial and pretrial submission deadlines are adjourned sine die. The Clerk of the Court is directed to terminate the letter motion at docket number 22.

Dated: March 19, 2020
New York, New York

Respectfully submitted,
GEOFFREY S. BERMAN
United States Attorney

By: /s/ Jamie Bagliebter
    Jamie Bagliebter
    Allison Nichols
    Assistant United States Attorney
    (212) 637-2236 / 2366

Cc: Julia Gatto, Esq., via ECF

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**