UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                                                                    19 Cr. 670 (LGS)

                -against-

                                                                      ORDER

    SHOENDALE JARRETT,
                              Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on April 30, 2020, the Court held a telephone conference to discuss the status of trial.  It is hereby

       **ORDERED** that the parties and their counsel shall appear for another telephone conference with the Court on **June 4, 2020, at 11:10 a.m.**, to discuss a new trial date.  The parties shall call (888) 363-4749 using access code 558-3333 at the appointed time.

Dated: April 30, 2020
       New York, New York

                                                  **LORNA G. SCHOFIELD**
                                           **UNITED STATES DISTRICT JUDGE**