UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                                -against-

    SHOENDALE JARRETT,
                                   Defendant.
------------------------------------------------------------ X

19 Cr. 670 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

       It is hereby **ORDERED** that the telephone conference currently scheduled for June 4, 2020 at 11:10 a.m. is rescheduled to **June 4, 2020 at 9:50 a.m**.  The parties shall call (888) 363-4749 using access code 558-3333 at the appointed time.

Dated: June 3, 2020
       New York, New York

                                                         LORNA G. SCHOFIELD
                                                       UNITED STATES DISTRICT JUDGE