# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

July 8, 2020

VIA ECF
The Honorable Lorna Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Shoendale Jarrett*, 19 CR 670

Dear Judge Schofield:

With the consent of Pretrial Services and the government, I write to seek a modification to the conditions of Mr. Jarrett's release. On September 20, 2019, Mr. Jarrett was released subject to bail conditions, including home detention. Since his release, Mr. Jarrett has been fully compliant with the conditions of his release. He also has been gainfully employed. He recently earned a promotion and the restrictions of home detention are interfering with his work schedule. In consultation with Pretrial Services, we ask that Mr. Jarrett be subjected to a curfew to be set by Pretrial Services, instead of home detention.

Thank you.

Respectfully submitted,

/s/   Julia Gatto
Julia Gatto
Assistant Federal Defender
Tel: (212) 417-8750

> Application Granted. Defendant Jarrett's conditions of bail are hereby modified to remove the condition of home detention and impose a condition of curfew to be set by Pretrial Services. All other conditions shall remain in effect. The Clerk of the Court is directed to terminate the letter motion at docket number 29.
>
> Dated: July 13, 2020
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

cc:   AUSAs Danielle Sassoon/Benjamin Schrier (via ECF)