UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                                   :
   UNITED STATES OF AMERICA,              :
                                  Plaintiff,   :
                                                  :         19 Cr. 670 (LGS)
              -against-                         :
                                                  :         <u>SCHEDULING ORDER</u>
   SHOENDLE JARRETT,                   :
                                  Defendant,  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that the parties shall appear for a pre-trial conference on **September 18, 2020 at 10:50 a.m.**  The parties shall call (888) 363-4749 using access code 558-3333 at the appointed time.

Dated: September 9, 2020
New York, New York

                                                                         LORNA G. SCHOFIELD
                                                       UNITED STATES DISTRICT JUDGE