UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                                  Plaintiff,

                              19 Cr. 670 (LGS)
               -against-

                              SCHEDULING ORDER

    SHOENDALE JARRETT,

                                Defendant,
----------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS a jury trial in this matter is currently scheduled for January 11, 2021. The first trial scheduling order was issued over a year ago in October 2019, and since then the trial has been adjourned because of the pandemic.

    WHEREAS Defendant's counsel filed a renewed application to adjourn the trial based on counsel's personal circumstances. (Dkt. No. 35)

    WHEREAS the Government opposes Defendant's application and requests that the "Court maintain the current trial schedule, or, in the alternative, grant a short adjournment to a date certain by which the Federal Defenders must be prepared to try the case." (Dkt. No. 36)

    WHEREAS, because of the pandemic, all jury trials in the Manhattan courthouses of Southern District of New York must be scheduled centrally and the trial of this case cannot be held on January 11, 2021.

    WHEREAS Defendant is at liberty on bail and is subject to strict pretrial supervision including drug testing, home detention, electronic monitoring and a $50,000 personal recognizance bond cosigned by two financially responsible persons. It is hereby,

    **ORDERED** that the jury trial currently scheduled to begin on January 11, 2020, is adjourned to **April 12, 2021 at 9:45 a.m.** The Government and Federal Defenders shall be

prepared to try the case on that date regardless of the availability of the individual lawyers currently assigned to the case.  The parties are reminded that any discussions regarding the possible disposition of this matter will not stay this schedule.  Provided a courtroom can be secured, no extensions will be granted absent extraordinary circumstances.  It is further,

**ORDERED** that the schedule for pre-trial submissions at Docket No. 34 remains unchanged.  It is further,

**ORDERED** that the final pretrial conference currently scheduled for January 5, 2021, is adjourned to **April 2, 2021, at 10:00 a.m.** in Courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  It is further,

**ORDERED** that, at the final pretrial conference, the Government shall provide the Court and the Defendant with a list of anticipated witnesses and exhibits, and the Defendant shall provide the Court and the Government with a list of potential witnesses for purposes of voir dire.

The Clerk of the Court is directed to terminate the letter motion at docket number 35.

Dated: November 10, 2020
       New York, New York

                                                     **LORNA G. SCHOFIELD**
                                                     **UNITED STATES DISTRICT JUDGE**