UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
: 
UNITED STATES OF AMERICA,                   :
                              Plaintiff,   :
:       19 Cr. 670 (LGS)
          -against-                                 :
:       <u>ORDER</u>
SHOENDALE JARRETT,                          :
                            Defendant.   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS in the parties' letter dated September 25, 2019, Defendant stated that he "does not anticipate needing the Court to set a motion schedule." (Dkt. No. 9);

      WHEREAS on September 26, 2020, the Court adopted the parties' scheduling proposal, setting dates for the production of discovery and a case management conference to set a trial date, and forgoing a briefing schedule for motions. (Dkt. No. 10);

      WHEREAS on October 17, 2019, the Court set an October 17, 2019, trial date with dates for a final pretrial conference and pretrial submissions. (Dkt. No. 12);

      WHEREAS the jury trial has been adjourned three times due to the Covid-19 pandemic and the limited availability of suitable trial courtrooms. (Dkt. Nos. 28, 34, and 38);

      WHEREAS a jury trial is currently scheduled for April 12, 2021;

      WHEREAS on December 14, 2020, Defendant filed a Motion to Exclude and Suppress Identification Evidence or, in the Alternative, for a Wade Hearing ("the Motion"). (Dkt. No. 40). It is hereby

      **ORDERED** that on or before **December 21, 2020**, Defendant shall file a letter explaining the untimely filing of the Motion and why the Court should entertain motion practice at this stage of the litigation.

Dated: December 17, 2020

                                                        LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE