**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 26, 2021

*VIA ECF*
The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Shoendale Jarrett,* 19 CR 670 (LGS)

Dear Judge Schofield:

      With the consent of Pretrial Services and the government, I write to seek a modification to Mr. Jarrett's bail conditions. Specifically, we seek to extend Mr. Jarrett's travel limits to include the District of New Jersey, so that Mr. Jarrett can visit with his father who recently moved there. Currently, Mr. Jarrett is only permitted to travel within the Eastern and Southern Districts of New York. If the modification is approved, Mr. Jarrett's travel to New Jersey will be limited to and from the residence of his father and Mr. Jarrett will provide notice to his supervising officer when he intends to visit.

      Thank you.

Respectfully submitted,

/s/ Julia Gatto
Julia L. Gatto
Assistant Federal Defenders
(212) 417-8700

cc:   A.U.S.A. Thomas Wright (via ECF)
      U.S.P.O. Josh Rothman (via email)

Application Granted.  Defendant's conditions of bail are modified to permit travel to the District of New Jersey for the limited purpose of visiting his father.  Defendant shall provide notice to his supervising officer prior to any travel.  All other conditions of bail shall remain in effect. The Clerk of the Court is directed to terminate the letter motion at docket number 49.

Dated: January 26, 2021
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**