UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                              Plaintiff,

         -against-                                                            19 Cr. 670 (LGS)

SHOENDALE JARRETT,                                                            ORDER
                              Defendant.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

   WHEREAS, the final pre-trial conference in this action is scheduled for April 2, 2021, and trial is scheduled to begin on April 12, 2021, at 9:45 a.m.

   WHEREAS, due to the limited number of courtrooms available for jury trials during ongoing COVID-19 protocols, this matter is scheduled as a back-up for April 12, 2021, and is second in line to commence on that date. It is hereby

   **ORDERED** that the final pre-trial conference will be held on **April 2, 2021, at 10:00 a.m.**, per the scheduling order at Docket No. 38. The Court will advise the parties if the trial in first place for April 12, 2021, is cancelled.

Dated: March 3, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**