UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                      19 Cr. 670 (LGS)

            -against-                             ORDER

SHOENDALE JARRETT,
                                Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the trial in this matter was scheduled to begin on April 12, 2021, at 9:45 a.m., but the trial date was tentative due to the limited number of courtrooms suitable for jury trials during the pandemic.

      WHEREAS, the Court has been informed that this matter is now first in line for trials to commence on April 12, 2021, so that the trial date should be considered firm. It is hereby

      **ORDERED** that the parties shall be ready to proceed to trial commencing on April 12, 2021, at 9:45 a.m.

Dated: March 16, 2021
       New York, New York

                                                       LORNA G. SCHOFIELD
                                                     UNITED STATES DISTRICT JUDGE