UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

    UNITED STATES OF AMERICA,

                      -against-

    SHOENDALE JARRETT,

                           Defendant.

------------------------------------------------------------X

19 Cr. 670 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, an in-person *Wade* hearing is scheduled for March 22, 2021, at 1:30 P.M.

Dkt. No. 54.  It is hereby

       **ORDERED** that the parties shall attend the *Wade* hearing in Courtroom 110 of the

Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

Dated:  March 18, 2021
         New York, New York

                           LORNA G. SCHOFIELD
                        UNITED STATES DISTRICT JUDGE