**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 18, 2021

**VIA ECF**

Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

The application is **GRANTED**. Defendant's counsel shall promptly coordinate with courthouse IT systems and the U.S. Marshals to facilitate this procedure.

SO ORDERED.

Dated: March 19, 2021
   New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**Re:  United States v. Shoendale Jarrett**
   **19 Cr. 670 (LGS) (S.D.N.Y.)**

Honorable Judge Schofield:

   The Court has scheduled a hearing for March 22, 2021 regarding the admissibility of the purported identifications of Mr. Jarrett made by one police officer and three parole officers. (Docs. 51, 54.) We write to respectfully request that Mr. Jarrett be permitted to view this hearing from a separate room in the courthouse.

   As the Court knows, the defense has moved to exclude the Government's proffered witness identifications on the grounds that, *inter alia*, the witnesses lacked a sufficient basis of familiarity with Mr. Jarrett and that their lay opinions about whether Mr. Jarrett was depicted in surveillance footage were improperly bolstered by the unnecessarily suggestive procedures the police used to elicit these opinions. (*See* Docs. 41, 48.) At the upcoming hearing, the Government intends to call these witnesses to testify about the circumstances surrounding their identifications of Mr. Jarrett and their basis of familiarity with him. (Docs. 47, 53.)

   To prevent any possible identifications from being improperly bolstered or reinforced by the witnesses' viewing of Mr. Jarrett during the hearing, we respectfully request that Mr. Jarrett be permitted to view the hearing via a live-audio and video feed. Allowing the witnesses to view Mr. Jarrett during the hearing would only further undermine the reliability of any subsequent identification opinions they might offer at trial.

   The procedure proposed herein has been approved in several recent cases in this Circuit in which similar identification issues were presented. *See, e.g.*, *United States v. Woodford*, No. 18 Cr. 654 (KAM) (E.D.N.Y.); *United States v Watson*, No. 19 Cr. 004 (WFK) (E.D.N.Y.); *United States v. Hill*, No. 12 Cr. 214 (KAM) (E.D.N.Y.). If the Court grants this request, the undersigned will coordinate with the courthouse's IT staff to coordinate this process.

The Honorable Lorna Schofield                                             Page 2
March 18, 2021

      Re:    *United States v. Shoendale Jarrett,* 19 CR 670 (LGS)

      Earlier this week, we asked the government for its position regarding this application but it has yet to tell us.

                                    Respectfully submitted,

                                    /s/ Julia Gatto
                                  Julia Gatto
                                  Assistant Federal Defender
                                  212-417-8750

cc (via ECF):  AUSA Thomas John Wright, Esq.