

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 22, 2021

**By ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

The application is **GRANTED**.  The Government's response shall not exceed twenty-seven double-spaced pages.

SO ORDERED.

Dated: March 23, 2021
       New York, New York

*LORNA G. SCHOFIELD*
**UNITED STATES DISTRICT JUDGE**

Re:   *United States v. Shoendale Jarrett*, 19 CR 670 (LGS)

Dear Judge Schofield,

      The Government respectfully submits this letter in response to the Order of the Court dated March 17, 2021 to request leave to file a response in excess of twenty pages to the motion of the defendant dated March 16, 2021.  In particular, in light of the multiple questions of law raised in the motion of the defendant, the Government respectfully requests to file a response of twenty-seven pages, to which the defendant does not object.

                                Respectfully submitted,

                                AUDREY STRAUSS
                                United States Attorney

By: *Thomas John Wright*
     Thomas John Wright
     Assistant United States Attorney
     (212) 637-2295

cc:  Julia Gatto, Tamara Giwa, and Neil Kelly (Counsel to Defendant Shoendale Jarrett) (by ECF)