UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                                                                         :
UNITED STATES OF AMERICA,                  :
                                                                                                              :
                                                                         :   19 Cr. 670 (LGS)
               -against-                            :
                                                                         :        <u>ORDER</u>
SHOENDALE JARRETT,                          :
                                 Defendant,         :
------------------------------------------------------------ X

WHEREAS, Defendant filed a motion, *in limine*, to exclude certain identification testimony offered by the Government.  Dkt. No 40.

WHEREAS, a hearing was held, pursuant to *United States v. Wade*, 388 U.S. 218 (1967), on March 22 and 24, 2021, to assist the Court in evaluating this motion.  It is hereby

**ORDERED** that for the reasons stated at the hearing, Defendant's motion to exclude the identification testimony of Police Officer Milton Ortiz is GRANTED.  Defendant's motion to exclude the identification testimony of Parole Officers Michele Hicks and Troy Williams is DENIED.  It is further

**ORDERED** that by, **April 1, 2021**, the parties shall meet and confer and shall file a joint letter with their proposal concerning the jury's ability to see Defendant's face consistent with the need for caution in light of the pandemic.

Dated:  March 25, 2021
        New York, New York

                                                    LORNA G. SCHOFIELD
                                                   **UNITED STATES DISTRICT JUDGE**