UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   UNITED STATES OF AMERICA,                                :
                                       Plaintiff,           :
                                                            :          19 Cr. 670 (LGS)
                      -against-                             :
                                                            :          SCHEDULING ORDER
   SHOENDALE JARRETT,                                       :
                                       Defendant.           :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       It is hereby **ORDERED** that the parties shall appear telephonically for a pre-motion

conference on **March 29, 2021, at 3:00 p.m.**  The parties, members of the press and public may

dial into this conference using the call in number: (888) 363-4749; and Access Code: 558-3333.


Dated: March 26, 2021
        New York, New York


                                            _____
                                               **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**