UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                    19 Cr. 670 (LGS)

           -against-                               ORDER

SHOENDALE JARRETT,
                               Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the final pre-trial conference in this action is scheduled for April 2, 2021, at 10:00 A.M.  Dkt. No. 55.  It is hereby

       **ORDERED** that the final pre-trial conference is hereby adjourned by 30 minutes to **April 2, 2021, at 10:30 A.M.**  It is further

       **ORDERED** that as soon as is practicable, but no later than **April 1, 2021, at noon**, the parties shall file a joint letter stating whether they consent to the Court conducting the April 2, 2021, final pre-trial conference via videoconference and/or telephone conference.  It is further

       **ORDERED** that, subject to the parties' consent, the final pre-trial conference will be conducted via videoconference.  The parties will be provided with call-in instructions via email.

Dated:  March 31, 2021
        New York, New York

                                                      LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE