UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
           :
UNITED STATES OF AMERICA,           :
                    Plaintiff,      :
           :           19 Cr. 670 (LGS)
           -against-                :
           :           ORDER
SHOENDALE JARRETT,                  :
                    Defendant.      :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the final pretrial conference currently scheduled for April 2, 2021, is adjourned to **April 5, 2021, at 10:30 a.m.**  Members of the press and public may dial into this conference using the call-in number: (888) 363-4749; and Access Code: 558-3333.

Dated: April 1, 2021
        New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**