UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,

        -against-

SHOENDALE JARRETT,
                        Defendant,
------------------------------------------------------------ X

19 Crim. 670 (LGS)

<u>ORDER</u>

WHEREAS, on March 26, 2021, the Court issued an Order directing the parties, by April 1, 2021, to file a joint letter with "their proposal concerning the jury's ability to see Defendant's face consistent with the need for caution in light of the pandemic." Dkt. No. 75.

WHEREAS, the parties have not filed that letter. It is hereby

**ORDERED** that, the parties shall meet and confer and shall be prepared to discuss their joint proposal on **April 5, 2021**, at the final pre-trial conference.

Dated: April 2, 2021
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE