UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                   :
:
:                    19 Crim. 670 (LGS)
           -against-                        :
:                    ORDER
SHOENDALE JARRETT,                          :
                              Defendant,    :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a final pre-trial conference was held on April 5, 2021.  For the reasons stated at the conference, it is hereby

**ORDERED** that Defendant's application to permit the identity of Individual-1 to be disclosed to Defendant (the identity having already been disclosed to his counsel) is DENIED.  It is further

**ORDERED** that Defendant shall be prepared on the morning of trial, **April 12, 2021**, to advise the Court whether he is likely to call Indivdiual-1 as a witness, and in any event shall advise the Court and the Government at least 24 hours in advance of any firm intention to call Individual-1.  It is further

**ORDERED** that Defendant's oral motion to preclude testimony about Defendant's incarceration, alleged marijuana distribution (including $35,000 in unspecified monetary transactions) and visits to strip clubs is GRANTED.  It is further

**ORDERED** that the parties shall provide the Court with proposed limiting instructions at least 24 hours before the instruction is likely to be given.  It is further

**ORDERED** that, by **April 7, 2021,** both parties shall provide the Court for voir dire the names of possible witnesses and other names the jury is likely to hear.  The parties shall provide

the Court a digital copy of any documentary exhibit whose admission is disputed.

The Clerk of Court is respectfully directed to close the open motions at Dkt. Nos. 52, 77 and 85.

Dated: April 5, 2021
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**