UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | 19 Crim. 670 (LGS) |
| SHOENDALE JARRETT, | ORDER |
| Defendant. | |

WHEREAS, on April 8, 2021, a telephonic conference was held to address the Government's motion to adjourn the trial scheduled to begin on April 12, 2021 (Dkt. No. 94), and the Defendant's motion regarding unmasking procedures (Dkt. No. 92). For the reasons stated at the conference, it is hereby

**ORDERED** that the Government's motion is GRANTED in part. The trial will commence with jury selection on **April 12, 2021**, and continue from day to day thereafter beginning on **April 19, 2021**, but the Court will not sit on Fridays. It is further

**ORDERED** that the Defendant's motion is GRANTED. Any participant in the trial will be permitted to wear a transparent face mask. The Court will communicate further as to what styles are approved.

The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 92 and 94.

Dated: April 8, 2021
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**