UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
      :
UNITED STATES OF AMERICA,   :
      :
      :  19 Crim. 670 (LGS)
    -against-    :
      :  ORDER
SHOENDALE JARRETT,     :
      Defendant.  :
-------------------------------------------------------------X

WHEREAS, Defendant has requested that he be permitted to be unmasked or wear a transparent face shield during the trial. Dkt. No. 92. It is hereby

**ORDERED** that the application is **GRANTED in part**. The Court will make available a clear mask that has been approved by our consulting epidemiologists. The mask will be made available to the lawyers and Defendant, any of whom may choose to wear it in the courtroom during the trial in lieu of the masks that are approved upon entry to the courthouse.

Dated: April 15, 2021
      New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**