UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                                                            :   19 Crim. 670 (LGS)
                -against-                                   :
                                                            :   ORDER
SHOENDALE JARRETT,                                          :
                                        Defendant.          :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, trial in this case started in April 19, 2021, and is ongoing. It is hereby

**ORDERED** that, on **April 23, 2021, at 2:30 P.M.**, the parties shall attend a final charging conference. The parties shall call (888) 363-4749 and use Access Code 558-3333. The time of the conference is approximate, but the parties shall be ready to proceed at that time.

Dated: April 22, 2021
    New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**