AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

V.

SHOENDALE JARRETT

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 19 Cr. 670 (LLGS)

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Hon. Lorna G. Schofield, USDJ
Name of Judge     Title of Judge

4/28/2021
Date